United States District Court
Southern District of Texas
**ENTERED**
June 24, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Osmar Enrique Pinto Arcaya, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-2092 |
| | § | |
| Kristi Noem, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

In accordance with the Notice of Voluntary Dismissal filed on June 2, 2026, Doc. 7, this action is hereby **DISMISSED** without prejudice.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 24th of June, 2026.

_____
Nicholas J. Ganjei
United States District Judge